# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS REID WILDS, | Case No. 1:12-cv-01950-SAB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF PROCESS BY UNITED STATES MARSHALL |
| v. | |
| K. HOLLAND, et al., | (ECF No. 9) |
| Defendants. | |

Plaintiff Nicholas Reid Wilds is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on November 30, 2012, and is currently pending screening. Plaintiff was granted in forma pauperis status on December 19, 2012. On September 16, 2013, Plaintiff filed a motion for the United States Marshall to serve the complaint.

Plaintiff is proceeding in forma pauperis and is entitled to service by the United States Marshall. However, the Court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants. Until the Court has screened the complaint and found cognizable claims, any request for service by the Marshal is premature and will be denied.

///

///

1

1  Accordingly, it is HEREBY ORDERED that Plaintiff's motion for service of process by
2  the United States Marshal, filed September 16, 2013, is DENIED.

IT IS SO ORDERED.

Dated: **September 17, 2013**

UNITED STATES MAGISTRATE JUDGE