1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11 | NICHOLAS REID WILDS,

Case No.: 1:12-cv-01950-SAB (PC)

12 |          Plaintiff,

13 |      v.

ORDER DIRECTING PLAINTIFF TO COMPLETE NECESSARY SERVICE DOCUMENTS

14 | K. HOLLAND, et al.,

[ECF Nos. 14, 15]

15 |         Defendants.

16

17       Plaintiff Nicholas Reid Wilds is appearing pro se and in forma pauperis in this civil rights

18 action pursuant to 42 U.S.C. § 1983.

19       On February 18, 2014, the Court issued an order directing Plaintiff to complete and return the

20 necessary service documents to forward to the United States Marshal to effectuate service of process

21 on Defendants.  The Court directed Plaintiff to complete and return a summons, USM-285 form, and

22 copy of the complaint for each of the six defendants who are to be served.  (ECF No. 14.)  Plaintiff

23 failed to submit any copies of the complaint and did not submit a summons for Defendants Rebecca

24 Abernathy and M. Bojan.

25       Accordingly, the Court hereby directs that within **twenty (20)** days from the date of service of

26 this order, Plaintiff shall submit seven (7) copies of the complaint filed November 30, 2012, provided

27 to Plaintiff by order dated February 18, 2014 (one copy for each defendant and one copy for the U.S.

28

1    Marshal) and a complete summons, also provided to Plaintiff by order dated February 18, 2014, for

2    Defendants Abernathy and Bojan.

3

4    IT IS SO ORDERED.

5        Dated:    **March 13, 2014**

6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28